NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30663
19-OCT-2011
08:23 AM**

NO. 30663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RICHARD D. TANINGCO and GRACE S. TANINGCO,
Plaintiffs/Counterclaim Defendants-Appellees,
v.
GARY O'BRIEN; JEANNE O'BRIEN; JOHN DOES 1-10; JANE
DOES 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10,
Defendants/Counterclaim Plaintiffs-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-00187K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of Appellee's Motion for
Reconsideration of Order Granting Motion to Dismiss filed on
October 14, 2011, the papers in support, and the records and
files herein,

IT IS HEREBY ORDERED that Appellee's Motion for
Reconsideration of Order Granting Motion to Dismiss is denied.

DATED:  Honolulu, Hawaiʻi, October 19, 2011.


On the motion:

Kenneth A. Ross and
Alan H. Tuhy
for Plaintiffs/Counterclaim
Defendants-Appellees.

Chief Judge

Associate Judge

Associate Judge